UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Jeanne Traugot,

                       Plaintiffs,

      -against-

Safe Harbors of the Hudson, Inc. et ano.,

                       Defendant.

-----------------------------------------------------------------X

7:23-cv-03297-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for August 30, 2023 at 10:30 am. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                July 28, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge