```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jeanne Traugot,

                           Plaintiff,                       7:23-cv-03297 (VR)

                -against-                            **ORDER**

Safe Harbors of the Hudson, Inc., et al.,

                           Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby **ORDERED** that the above entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within sixty (60) days of the date hereof.

      **SO ORDERED.**

DATED:    White Plains, New York
                  August 29, 2023

                                                 _____
                                                 VICTORIA REZNIK
                                                 United States Magistrate Judge